# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CONLEY WALLACE, et al.,

Plaintiffs,

vs.

QUALITY ELECTRIC STEEL CASTINGS L.P.,

Defendant.

4:19-CV-329

## MEDIATION AGREEMENT

A mediation was held in this matter on October 17, 2019. As a result, the Parties have agreed to the following settlement terms:

1. Defendant will pay the sum of $Redacted to Plaintiffs. The payment will be delivered to Plaintiffs' attorney. The allocation between Plaintiffs and counsel is as follows: $Redacted to Plaintiffs' counsel, $Redacted each to Conley Wallace and Debbie Thornton, and $Redacted to Joan Morgan. Fifty percent of the payments to Plaintiffs will be designated as wages on a form W-2 (which is subject to all required withholdings and deductions under the tax laws) and fifty percent as non-wages on a form 1099.

2. Defendant will make the payment in two equal installments. The first payment will be within 10 days of receiving the executed Settlement and Release Agreement ("Agreement") from the Plaintiffs. The first payment for Plaintiffs will be for the non-wages. The second payment will be on or before January 31, 2020 for wages. Plaintiffs' counsel will be paid in two installments at the same time as the payments to the Plaintiffs.

3. Counsel for Defendant will draft the Agreement, which will include a general release of all claims known or unknown, that were or could have been asserted, concerning or relating to Plaintiffs' employment with Defendant, the form of the Joint Stipulation of Dismissal, and Order of Dismissal with Prejudice. The Agreement will not contain any admission of liability. Defendant will deliver the Agreement to Plaintiffs no later than October 21, 2019.

4. Plaintiffs will provide Defendant with an executed copy of the Agreement no later than October 25, 2019. Plaintiffs' counsel will provide Defendant with a copy of his W-9 at the same time.

1

5. Defendant will deliver the first installment and an executed Agreement to Plaintiffs' counsel no later than 10 days after receipt of the executed Agreement.

6. Counsel will file the Joint Stipulation of Dismissal within two days of the initial payment.

7. The terms of this settlement agreement are confidential.

8. Judge Atlas will conditionally dismiss this matter until the Parties file the Joint Stipulation of Dismissal.

9. In the event of any dispute regarding the drafting of the Agreement, the Parties will return to Judge Palermo for additional mediation.

**SIGNED** on October 17, 2019

By Plaintiffs:

_____
Conley Wallace,
Plaintiff

_____
Debra Thornton,
Plaintiff

_____
Joan Morgan,
Plaintiff

_____
Alfonso Kennard, Jr.
Counsel for Plaintiffs

By Defendant:

_____
Sayler Starkie Robbins,
On behalf of
Quality Electric Steel Castings LP

_____
Christopher Bacon,
Counsel for Defendant