# Exhibit B

**From:**                Alfonso Kennard <alfonso.kennard@kennardlaw.com>
**Sent:**                Tuesday, October 22, 2019 4:53 PM
**To:**                  Bacon, Chris
**Cc:**                  Filings@KennardLaw; Michelle Mishoe Miller
**Subject:**           Quality Electric

[EXTERNAL]

Chris:

In a stunning turn of events, my clients now refuse to sign and settle. Regards,

Alfonso Kennard, Jr.
Managing Shareholder



**Kennard Law, P.C.**
2603 Augusta Drive | 14th Floor | Houston, Texas 77057
**Direct** 713.742.0906
**Office** 713.742.0900
**Fax** 713.742.0951
**Toll Free** 855.KENNLAW
alfonso.kennard@kennardlaw.com
Website/Bio/vCard/Map
HOUSTON / SAN ANTONIO / AUSTIN / EL PASO / RIO GRANDE VALLEY / SOUTHERN
CALIFORNIA / WASHINGTON D.C.

   

  

I.R.S. CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws. CONFIDENTIALITY STATEMENT: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0906 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more <u>Click Here</u>.