# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CONLEY WALLACE, <br> DEBRA THORNTON, AND <br> JOAN MORGAN, <br><br> *Plaintiffs*, <br><br> v. <br><br> QUALITY ELECTRIC STEEL <br> CASTINGS, L.P. <br><br> *Defendant*. | § § § § § § § § § § § § § | Civil No. 4:19-cv-00329 <br><br> JURY DEMANDED |

## [PROPOSED] ORDER

Upon consideration of Defendant Quality Electric Steel Castings, L.P.'s ("Quality Electric") Motion to Enforce Mediation Agreement, the Court ORDERS:

Quality Electric's Motion to Enforce Mediation Agreement is GRANTED. The Mediation Agreement that Debra Thornton signed is enforceable and the proceeds of the settlement due to Debra Thornton will not be paid until she executes the Settlement and Release Agreement.

Defendant Quality Electric's request for attorney's fees for the time spent attending the hearing on October 21, 2019 and the time spent drafting Defendant's Motion to Enforce Mediation Agreement is also GRANTED. Plaintiff Debra Thornton shall pay Defendant Quality Electric the amount of $_____ within _____ days of the signing of this Order.

IT IS FURTHER ORDERED that Plaintiffs Conley Wallace, Debra Thornton, and Joan Morgan's claims against Defendant Quality Electric Steel Castings, L.P. are DISMISSED.

2

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2019.


_____
JUDGE PRESIDING