Case 4:19-cv-00329 Document 21 Filed on 11/25/19 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONLEY WALLACE, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-0329 |
| | § | |
| QUALITY ELECTRIC STEEL | § | |
| CASTINGS LP, | § | |
|     Defendant. | § | |

## ORDER

On October 17, 2019, the parties appeared before United States Magistrate Judge Dena Palermo and successfully mediated this dispute. The case is now before the Court on Defendant's Motion to Enforce Mediation Agreement ("Motion") [Doc. # 20]. Defendant represents to the Court that Plaintiffs Conley Wallace and Joan Morgan have complied with their obligation to execute the Settlement and Release Agreement, but Plaintiff Debra Thornton refuses to sign. It is hereby

**ORDERED** that Plaintiff Debra Thornton, her attorney, and counsel for Defendant shall appear in person before the Court on **December 10, 2019, at 1:00 p.m.** for a hearing on Defendant's Motion. Counsel for Thornton will not be permitted to withdraw prior to the hearing. It is further

**ORDERED** that counsel shall advise the Court through the case manager at

shelia_ashabranner@txs.uscourts.gov if Plaintiff Thornton signs the Settlement and Release Agreement by December 9, 2019, in which case the hearing will be cancelled.

SIGNED at Houston, Texas, this 25th day of **November, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\0329SetHrg.wpd    191125.1553