# Exhibit B

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
```

| | | |
|---|---|---|
| CONLEY WALLACE,<br>DEBRA THORNTON, and<br>JOAN MORGAN, | .<br>.<br>.<br>. | Case No. 4:19-cv-00329<br><br>**SEALED** |
| Plaintiffs, | .<br>. | |
| v. | .<br>. | 515 Rusk Avenue |
| QUALITY ELECTRIC STEEL<br>CASTINGS, LP | .<br>.<br>. | Houston, TX 77002 |
| Defendant. | .<br>.<br>. | Thursday, October 17, 2019<br>3:40 p.m. |

. . . . . . . . . . . . . . . .

```
              TRANSCRIPT OF SETTLEMENT CONFERENCE
              BEFORE THE HONORABLE DENA H. PALERMO
                  UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

For the Plaintiffs:      Kennard Miller Hernandez, PC
                         By:  ALFONSO KENNARD, JR., ESQ.
                         2603 Augusta Drive, 14th Floor
                         Houston, TX 77057
                         (713) 742-0900

For the Defendant:       Vinson & Elkins LLP
                         By:  CHRISTOPHER V. BACON, ESQ.
                         1001 Fannin, Suite 2500
                         Houston, TX 77002-6760
                         (713) 758-1148


Audio Operator:          Ruth Guerrero, ECR


Transcription Company:   Access Transcripts, LLC
                         10110 Youngwood Lane
                         Fishers, IN 46038
                         (855) 873-2223
                         www.accesstranscripts.com

        Proceedings recorded by electronic sound recording,
             transcript produced by transcription service.

(Proceedings commence at 3:40 p.m.)

THE COURT: We're here in the matter of Conley Wallace et al, Plaintiffs, versus Quality Electric Steel Castings LP, Defendant, 4:19-cv-00329.

Mediation was held in this matter on October 17th. As a result, the parties have agreed to the following settlement terms.



[Lines 1–23 redacted]

24      Okay.  Will everybody please stand.
25      Mr. Wallace, is that your understanding of the

1  agreement?
2          MR. WALLACE:  Yes.
3          THE COURT:  And are you entering into this agreement
4  voluntarily and on the advice of counsel?
5          MR. WALLACE:  Yes.
6          THE COURT:  Can you -- you want me to say it again?
7  Could you -- do you want me to say it again?  Are you entering
8  into this agreement voluntarily and based on the advice of
9  counsel?
10         MR. WALLACE:  (No audible response).
11         THE COURT:  Yes?
12         MR. WALLACE:  Yes.
13         THE COURT:  Okay.  And, Ms. Thornton, is this your
14 understanding of the agreement?
15         MS. THORNTON:  Yes, ma'am.
16         THE COURT:  And are you entering into this agreement
17 voluntarily and based on the advice of your counsel?
18         MS. THORNTON:  Yes.
19         THE COURT:  Ms. Morgan, is that your understanding of
20 the agreement?
21         MS. MORGAN:  Yes.
22         THE COURT:  And are you entering into this agreement
23 voluntarily and based on your advice of counsel?
24         MS. MORGAN:  Yes.
25         THE COURT:  And, Mr. Kennard, is that your

1 understanding of the agreement?
2     MR. KENNARD: Yes, Your Honor.
3     THE COURT: And have you advised your clients to
4 enter into this agreement?
5     MR. KENNARD: I have.
6     THE COURT: All right. And, Ms. Robbins, is that
7 your understanding of the agreement?
8     MS. ROBBINS: Yes, ma'am.
9     THE COURT: And are you entering into this agreement
10 on behalf of Quality Electric Steel Casting -- Casing --
11 Casting --
12     MS. ROBBINS: Castings.
13     THE COURT: Castings LP?
14     MS. ROBBINS: Yes.
15     THE COURT: And are you entering into this agreement
16 voluntarily and based on the advice of your counsel?
17     MS. ROBBINS: Yes, ma'am.
18     THE COURT: All right. And, Mr. Bacon, is that your
19 understanding of the agreement?
20     MR. BACON: Yes, it is.
21     THE COURT: And you've advised your client to enter
22 into this agreement?
23     MR. BACON: I have.
24     THE COURT: All right, thank you.
25     So I want to thank all the parties for your hard work

1 in getting this agreement worked out today.  I will notify
2 Judge Atlas that the case has settled, and I hope that I don't
3 have to see you again with regard to this matter.
4     UNIDENTIFIED:  Thank you.
5     MR. KENNARD:  Thank you, Judge.
6     UNIDENTIFIED:  Thank you, Your Honor.
7     MR. BACON:  Thank you, Your Honor.
8     THE COURT:  You're very welcome.
9     (Proceedings concluded at 3:44 p.m.)
10                    * * * * *

**C E R T I F I C A T I O N**

I, Alicia Jarrett, court-approved transcriber, hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____
ALICIA JARRETT, AAERT NO. 428    DATE:  December 4, 2019
ACCESS TRANSCRIPTS, LLC