# Exhibit E

**From:**        Bacon, Chris
**Sent:**        Tuesday, October 29, 2019 9:11 AM
**To:**          Alfonso Kennard
**Subject:**     FW: Executed Agreement
**Attachments:** Firm W-9.pdf; Excuted Settlement Agreement- Wallace and Morgan.pdf

Alfonso:

I appreciate you getting two of the plaintiffs to sign.  Please explain to Ms. Morgan and Mr. Wallace that we will not be making any payments until Debbie signs the agreement or the Court enters an order finding that there is a valid agreement.  After all, our agreement is contingent on us not having to litigate any of the claims. Ultimately, I am pretty confident that the court will find that there is a valid agreement. However, this is likely to delay any payments.

My intention at this point in time is to give Debbie a few more days before I purchase the various transcripts and file a motion. While I realize that Debbie is not communicating with you, you may want to send her a letter advising her that I do intend to seek attorney's fees from her if I am forced to file a motion.

Chris

---

**From:** Fransheska Romero <fransheska.romero@kennardlaw.com>
**Sent:** Tuesday, October 29, 2019 8:58 AM
**To:** Bacon, Chris <cbacon@velaw.com>
**Cc:** Alfonso Kennard <alfonso.kennard@kennardlaw.com>; Sonia Gonzalez <sonia.gonzalez@kennardlaw.com>
**Subject:** Executed Agreement

Mr. Bacon,

Attached is the executed Settlement Agreement by Mr. Wallace and Ms. Morgan, along with the Firm's W-9.

Thank you,

 Fransheska Romero
Case Manager

1



**Kennard Law, P.C.**
2603 Augusta Drive | Suite 1450 | Houston, Texas 77057
**Direct** 346.980.8212
**Office** 713.742.0900
**Fax** 713.742.0951
**Toll Free** 855.KENNLAW
fransheska.romero@kennardlaw.com

Website ⁄ Map

HOUSTON ⁄ SAN ANTONIO ⁄ AUSTIN ⁄ EL PASO ⁄ RIO GRANDE VALLEY ⁄ SOUTHERN CALIFORNIA / WASHINGTON D.C.

I.R.S. CIRCULAR 230 DISCLOSURE: As required by United States Treasury Regulations, you should be aware that this communication is not intended or written by the sender to be used, and it cannot be used, by any recipient for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

CONFIDENTIALITY STATEMENT: Furthermore, the information contained in this E-mail is legally privileged and confidential information which is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. Therefore, if you have received this communication in error, please notify me immediately by telephone at 713.742.0900 and delete the misdirected message from your system. Thank you for your attention to this subject matter stated herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.