# HEARING MINUTES AND ORDER

**Cause Number**: 19-cv-0329

**Style**: Conley Wallace, *et al* v. Quality Electric Steel Castings LP

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Alfonso Kennard Jr. (by telephone) | Plaintiff(s) |
| Christopher Bacon | Defendant(s) |

**Date**: December 10, 2019     **ERO**: Yes
**Time**: 1:02 p.m. - 1:24 p.m.     **Interpreter**:
         1:36 p.m. - 2:10 p.m.

**At the hearing the Court made the following rulings**:

Motion hearing held on motion to enforce mediation agreement [Doc. # 20] and amended motion to enforce mediation agreement [Doc. # 23] against Plaintiff Debra Thornton, who has refused to sign the final proposed settlement agreement.

1:24 p.m. Court recesses to allow Plaintiff Thornton time to confer with others whether to sign the final agreement.

1:35 p.m. Thornton refuses to sign the agreement.

Motion to Enforce Mediation Agreement [Doc. # 20] is Terminated as Moot. The Amended Motion to Enforce Mediation Agreement [Doc. # 23] is GRANTED in accordance with the record in open court. The agreed settlement agreement will be filed under seal as Exhibit 1. Written order to follow

1:44 p.m. - 1:49 p.m. Court speaks with Plaintiff and her counsel outside the presence of Defense counsel.

1:50 p.m.- 1:51 p.m. Court discusses with Mr. Bacon his request for attorney fees off the record.

1:51 p.m. Court goes back on the record. Mr. Bacon agrees to withdraw his request for attorney fees.

**SIGNED** at Houston, Texas this 10th day of December, 2019.

P:\000\CTMINUTES\2019\329.mtnhrg.wpd   191210.1521

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE