IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONLEY WALLACE, | § | |
| DEBRA THORNTON, and | § | |
| JOAN MORGAN, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-0329 |
| | § | |
| QUALITY ELECTRIC STEEL | § | |
| CASTINGS LP, | § | |
|     Defendant. | § | |

## ORDER

Upon consideration of the Amended Motion to Enforce Mediation Agreement ("Amended Motion to Enforce") filed by Defendant Quality Electric Steel Castings, L.P. ("Quality Electric"), and Plaintiff Debra Thornton's objections expressed on the record in open court, it is hereby

**ORDERED** that Quality Electric's Amended Motion to Enforce [Doc. # 23] is **GRANTED**. The October 17, 2019, Mediation Agreement that Debra Thornton signed is enforceable. It is further

**ORDERED** that the Court **ENFORCES** the October 17, 2019, Mediation Agreement signed by all parties and affirmed on the record in open court. It is further

**ORDERED** that the terms of the draft agreement circulated to Plaintiffs'

counsel on October 21, 2019, and to Ms. Thornton, which agreement was signed by all other parties, is **ENFORCED** by this Court as described on the record in open court this day. It is further

**ORDERED** that this case and all claims asserted therein are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that Defendant Quality Electric's request for attorneys' fees for the time spent attending the hearing on October 21, 2019, the time spent drafting Defendant's Amended Motion to Enforce, and the time spent attending the hearing this day, is **WITHDRAWN**.

SIGNED at Houston, Texas, this 10th day of **December, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE